## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

ALESIA NORMAN,

    Plaintiff,

v.                                   CIVIL ACTION NO. 3:05-0385

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

### MEMORANDUM OPINION AND ORDER

On May 5, 2005, the plaintiff, *pro se*, filed the above-entitled action against the Social Security Administration. In addition, the plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to the Honorable Maurice G. Taylor, United States Magistrate Judge.

On May 11, 2005, Magistrate Judge Taylor submitted to the Court his Findings and Recommendation. In accordance with *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (holding that § 1915 "accrods judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless"), Magistrate Judge Taylor has recommended that plaintiff's application to proceed *in forma pauperis* be granted and that the complaint be dismissed on the grounds that it is frivolous and that it fails to state a cognizable claim. The plaintiff has not submitted objections to the recommendation, and the time for doing so has now expired.

1

The Court hereby **ACCEPTS** the Findings and Recommendation of Magistrate Judge Taylor. It is **ORDERED** that plaintiff's application to proceed *in forma pauperis* be, and is, **GRANTED** and that the above-entitled action be, and is, **DISMISSED**. It is further **ORDERED** that the Clerk shall remove this matter from the Court's docket.

The Clerk is directed to forward a copy of this Order to the plaintiff and all counsel of record.

ENTER:

ROBERT J. STAKER
Senior United States District Judge

2